IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| | : | NO. 12-93-1 |
| v. | : | |
| | : | CIVIL ACTION |
| ALEXIS VELAZQUEZ | : | NO. 17-2090 |
| | : | |

## ORDER

**AND NOW**, this 31st day of October, 2018, upon consideration of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 247), the Government's Response (Doc. No. 250), Petitioner's reply brief (Doc. No. 252), and Petitioner's Supplement (Doc. No. 253), it is hereby **ORDERED** that:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED**;

2. There is no basis for the issuance of a certificate of appealability; and

3. The Clerk of Court is directed to mark this case **CLOSED**.

                                            **BY THE COURT:**

                                            /s/ Mitchell S. Goldberg
                                            _____
                                            **MITCHELL S. GOLDBERG, J.**